EMMA E. WICKENHEISER, Individually and as General Guardian of WALTER J. WICKENHEISER et al., Appellants, v. GEORGE HERRING et al., Defendants, and GERMAN EXCHANGE BANK et al., Respondents.

*Wickenheiser v. German Exchange Bank*, 168 App. Div. 335, affirmed. (Argued October 17, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1915, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The defendant Herring was executor of Charles F. Wickenheiser, deceased. Amongst the assets of the estate was an account in the Union Square Savings Bank in the name of the testator. This account the executor had transferred to his own name individually. He thereafter transferred the account to the German Exchange Bank as collateral security for a loan to him individually. The plaintiffs, sole legatees of the testator, sought, in this action, to have a trust declared in their favor upon the funds on deposit. The Special Term in effect decreed that the plaintiffs were entitled to the fund on deposit with the defendant Union Square Savings Bank. The judgment of the Appellate Division decreed that the defendant the German Exchange Bank was entitled to have paid from the fund on deposit with the defendant Union Square Savings Bank the sum loaned with interest, after which the balance of the fund was to be paid to the plaintiffs.

*Artemas B. Smith* for appellants.

*Joseph H. Kohan* and *Henry A. Petersen* for German Exchange Bank, respondent.

*Howard Taylor* and *Stephen P. Nash* for Union Square Savings Bank, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and POUND, JJ. Not sitting: McLAUGHLIN, J. Absent: ANDREWS, J.